In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JESSE S. PHILLIPS, as Superintendent of Insurance, for an Order to Take Possession of the Property and Liquidate the Business of the CASUALTY COMPANY OF AMERICA. (In the Matter of the Claim of NELLIE PRITCHARD, Respondent — Accident and Health Claim No. 254-A, v. FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. BLYTHEBOURNE WATER COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MOSES BENDER, an Infant, etc., v. SADYE GABRIEL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HYMAN BENDER v. SADYE GABRIEL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LUCIE C. McALLISTER v. HARRIET E. LYON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID GOLDSTEIN v. CHARLES LEFKOWITZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM A. HOGAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SIMON KORN v. JULIUS SINGER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD K. COOK v. PABLO FLOUSSFISCH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANDERSON HOLDING CORPORATION v. MELIA ZRAICK.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HOWARD R. WOOD v. BANG SERVICE STATIONS, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMANUEL M. GOLD v. PINCUS GLICKMAN.— Motions to dismiss appeals granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL DE CARLO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE GREENE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN LIPZIN.— Motion to